RODNEY B. SORENSEN, Bar No. 196926
LEILA NARVID, Bar No. 229402
E-Mail: *rbs@paynefears.com; ln@paynefears.com*
PAYNE & FEARS LLP
Attorneys at Law
One Embarcadero Center, Suite 2300
San Francisco, CA 94111
Telephone: (415) 398-7860
Facsimile: (415) 398-7863

Attorneys for Defendant
ADKNOWLEDGE, INC.

E-filing

FILED
2010 APR -8 A 11:57
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO / OAKLAND DIVISION

MARK ELLIOTT,

    Plaintiff,

v.

ADKNOWLEDGE, INC., a Delaware corporation; and DOES 1 through 50, inclusive,

    Defendant.

CASE NO. CV 10 1495 MEJ

(San Francisco County Superior Court Case No. CGC-10-497562)

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

[Civil L.R. 3-16]

Pursuant to Civil Local Rule 3-16, the undersigned, counsel of record for Defendant ADKNOWLEDGE, INC., certifies that as of this date, other than the named parties, there is no such interest to report.

DATED: April 7, 2010

PAYNE & FEARS LLP

By: /s/ Rodney B. Sorensen
    RODNEY B. SORENSEN

Attorneys for Defendant
ADKNOWLEDGE, INC.

4811-7723-3669.1

ORIGINAL

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS      Case No. _____