RODNEY B. SORENSEN, Bar No. 196926
LEILA NARVID, Bar No. 229402
E-Mail: rbs@paynefears.com; ln@paynefears.com
PAYNE & FEARS LLP
Attorneys at Law
One Embarcadero Center, Suite 2300
San Francisco, CA 94111
Telephone: (415) 398-7860
Facsimile: (415) 398-7863

Attorneys for Defendant
ADKNOWLEDGE, INC.

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO

| | |
|---|---|
| MARK ELLIOTT,<br><br>    Plaintiff,<br><br>v.<br><br>ADKNOWLEDGE, INC., a Delaware corporation; and DOES 1 through 50, inclusive,<br><br>    Defendant. | CASE NO. CV 10 01495 MEJ<br><br>(Removed from San Francisco Superior Court Case No. CGC-10-497562)<br><br>**CERTIFICATION OF FILING AND SERVICE OF NOTICE TO STATE COURT AND ADVERSE PARTY OF REMOVAL OF CIVIL ACTION TO FEDERAL COURT** |

    I, Rodney B. Sorensen, declare as follows:

    1.    I am an attorney duly licensed to practice before this Court and before all of the courts of the State of California, and I am a partner with the law firm of Payne & Fears LLP, counsel of record for Defendant ADKNOWLEDGE, INC. ("Defendant"). I have personal knowledge of the facts set forth in this Declaration, and if called as a witness, could and would testify competently thereto.

    2.    On April 8, 2010, I caused Defendant's Petition and Notice of Removal to be filed in this Court.

**NOTICE TO THE CLERK OF THE SUPERIOR COURT**

    3.    On April 8, 2010, after filing the Petition and Notice of Removal in this Court, I

caused Defendant's Notice to Superior Court Clerk of Removal of Civil Action to the United States District Court for the Northern District of California (the "Notice to Clerk"), to be filed in the San Francisco County Superior Court, where this action had been pending. A copy of the Petition and Notice of Removal was attached as Exhibit "A" to the Notice to Clerk. A true and correct copy of the Notice to Clerk, file-stamped by the San Francisco County Superior Court, is attached as Exhibit "A" hereto.

### NOTICE TO ADVERSE PARTY

4. On April 8, 2010, after filing the Petition and Notice of Removal with this Court, I caused Defendant's Notice to Adverse Party of Removal of Civil Action to United States District Court (the "Notice to Adverse Party") to be served upon Plaintiff. A true and correct copy of the Notice to Adverse Party, file-stamped by the San Francisco County Superior Court, is attached as Exhibit "B" hereto.

### PROOFS OF SERVICE

5. Attached hereto as Exhibit "C" is a proof of service of the Petition and Notice of Removal upon Plaintiff.

6. Attached hereto as Exhibit "D" is a proof of service of the Notice to Clerk upon Plaintiff.

7. Attached hereto as Exhibit "E" is a proof of service of the Notice to Adverse Party upon Plaintiff.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct, and that this declaration is executed this 9 day of April, 2010, at San Francisco California.

By: _____
RODNEY B. SORENSEN

4852-3876-1733.1

2

CERTIFICATION OF FILING AND SERVICE OF NOTICE TO STATE
COURT AND ADVERSE PARTY OF REMOVAL OF CIVIL ACTION
TO FEDERAL COURT                                    Case No. CV 10 01495 MEJ