RODNEY B. SORENSEN, Bar No. 196926
LEILA NARVID, Bar No. 229402
E-Mail: *rbs@paynefears.com;*
E-Mail: *ln@paynefears.com*
PAYNE & FEARS LLP
Attorneys at Law
One Embarcadero Center, Suite 2300
San Francisco, CA 94111
Telephone: (415) 398-7860
Facsimile: (415) 398-7863

Attorneys for Defendant
ADKNOWLEDGE, INC.

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO

| | |
|---|---|
| MARK ELLIOTT, <br><br> Plaintiff, <br><br> v. <br><br> ADKNOWLEDGE, INC., a Delaware corporation; and DOES 1 through 50, inclusive, <br><br> Defendants. | CASE NO. 3:10-cv-01495 JSW <br><br> [PROPOSED] ORDER CONTINUING DEADLINE TO COMPLETE PRIVATE MEDIATION <br><br> Courtroom:  11, 19th Floor <br> Judge:  Hon. Jeffrey S. White <br><br> Trial Date:  June 27, 2011 |

IT IS HEREBY ORDERED that the date by which private mediation must be completed shall be continued from January 31, 2011 to April 30, 2011.

IT IS SO ORDERED.

Dated: January 28, 2011

*[signature: Jeffrey S White]*
UNITED STATES DISTRICT COURT JUDGE

4825-0772-0200.1

STIPULATION AND [PROPOSED] ORDER CONTINUING
DEADLINE TO COMPLETE PRIVATE MEDIATION                          Case No. 3:10-cv-01495 JSW