RODNEY B. SORENSEN, Bar No. 196926
LEILA NARVID, Bar No. 229402
PAYNE & FEARS LLP
Attorneys at Law
One Embarcadero Center, Suite 2300
San Francisco, CA 94111
Telephone: (415) 398-7860
Facsimile: (415) 398-7863
E-Mail: rbs@paynefears.com
E-Mail: ln@paynefears.com

Attorneys for Defendant
ADKNOWLEDGE, INC.


PHIL HOROWITZ, Bar No. 111624
MOIRA MCQUAID, Bar No. 154232
Law Offices of Phil Horowitz
One Market Plaza
Steuart Tower, Suite 2630
San Francisco, California 94105
Telephone: (415) 391-0111
Facsimile: (415) 391-0123
E-Mail: phil@creative.net

Attorneys for Plaintiff
MARK ELLIOTT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARK ELLIOTT,<br><br>    Plaintiff,<br><br>v.<br><br>ADKNOWLEDGE, INC., a Delaware corporation; and DOES 1 through 50, inclusive,<br><br>    Defendants. | Case No. CV 10-01495 JSW<br><br>ORDER CONTINUING DEADLINE TO COMPLETE FACT DISCOVERY, CONTINUING THE HEARING ON DISPOSITIVE MOTIONS, AND SETTING THE BRIEFING SCHEDULE<br><br>Court:    11, 19th Floor<br>Judge:    Hon. Jeffrey S. White<br>Trial:    June 27, 2011 |

    IT IS HEREBY ORDERED that the date by which fact discovery must be completed is continued from March 4, 2011 to May 9, 2011.

    IT IS FURTHER ORDERED that the hearing date on dispositive motions is continued from April 8, 2011 at 9:00 a.m. to May 13, 2011 at 9:00 a.m.

1       IT IS ALSO ORDERED that papers filed in connection with the anticipated
2   cross dispositive motions shall be filed according to the following 4-brief briefing
3   schedule:
4       a.   Defendant shall file its moving papers supporting its
5            dispositive motion by April 1, 2011;
6       b.   Plaintiff shall file his opposition to defendant's dispositive
7            motion and his moving papers supporting his dispositive
8            motion by April 15, 2011;
9       c.   Defendant shall file its reply papers supporting its dispositive
10           motion and its opposition to plaintiff's dispositive motion by
11           April 22, 2011; and
12      d.   Plaintiff shall file his reply papers supporting his dispositive
13           motion by April 29, 2011.
14      IT IS FURTHER ORDERED that the Pretrial Conference presently scheduled
15  for June 6, 2011 at 2:00 p.m. shall [remain on calendar as presently scheduled]
16  [be continued to __July 5, 2011 at 2:00 p.m._____].
17      IT IS ALSO ORDERED that the Jury Trial presently scheduled for June 27,
18  2011 at 8:00 a.m. shall [remain on calendar as presently scheduled] [be
19  continued to __July 25, 2011 at 8:00 a.m._____].
20      IT IS SO ORDERED.

22  Dated:   February 14, 2011

24  _____
    HON. JEFFREY S. WHITE
25  UNITED STATES DISTRICT COURT JUDGE

- 6 -

Stipulation and ~~Proposed~~ Order
Continuing Pretrial Deadlines                            Case No. CV 10-01495 JSW