1   RODNEY B. SORENSEN, Bar No. 196926
    LEILA NARVID, Bar No. 229402
2   PAYNE & FEARS LLP
    Attorneys at Law
3   One Embarcadero Center, Suite 2300
    San Francisco, CA 94111
4   Telephone: (415) 398-7860
    Facsimile: (415) 398-7863
5   E-Mail: rbs@paynefears.com
    E-Mail: ln@paynefears.com
6
    Attorneys for Defendant
7   ADKNOWLEDGE, INC.

8
    PHIL HOROWITZ, Bar No. 111624
9   MOIRA MCQUAID, Bar No. 154232
    Law Offices of Phil Horowitz
10  One Market Plaza
    Steuart Tower, Suite 2630
11  San Francisco, California 94105
    Telephone:  (415) 391-0111
12  Facsimile:  (415) 391-0123
    E-Mail:  phil@creative.net
13
    Attorneys for Plaintiff
14  MARK ELLIOTT

15                  UNITED STATES DISTRICT COURT

16                NORTHERN DISTRICT OF CALIFORNIA

17                     SAN FRANCISCO DIVISION

18

19  MARK ELLIOTT,                    )   Case No. CV 10-01495 JSW
                                     )
20              Plaintiff,           )   STIPULATION AND PROPOSED
                                     )   ORDER CONTINUING DEADLINE
21       v.                          )   FOR EXPERT WITNESS
                                     )   DISCLOSURE
22  ADKNOWLEDGE, INC., a Delaware    )
    corporation; and DOES 1 through  )
23  50, inclusive,                   )
                                     )   Court:    11, 19th Floor
24              Defendants.          )   Judge:    Hon. Jeffrey S. White
                                     )   Trial:    June 27, 2011
25  _____)

26        The parties to the above-referenced action, Plaintiff MARK ELLIOTT

27  ("Plaintiff") and Defendant ADKNOWLEDGE, INC. ("Defendant"), by and through

28  their respective counsel, hereby stipulate and request that the Court:

                                  - 1-
    Stipulation and Proposed Order
    Continuing Expert Witness Disclosure            Case No. CV 10-01495 JSW

1      1.      Extend the time by which expert witness disclosure and the

2  exchange of expert witness reports must be completed from March 21, 2011 to

3  April 25, 2011.

4      2.      Extend the time by which rebuttal expert witness disclosure and the

5  exchange of rebuttal expert witness reports must be completed from April 4,

6  2011 to May 9, 2011.

7      3.      Extend the time by which expert discovery must be completed from

8  April 25, 2011 to May 31, 2011.

9      The parties' request is made on the following grounds:

10     1.      The parties have scheduled a private mediation to be conducted on

11  April 18, 2011.  Postponing the expert witness disclosures and the exchange of

12  expert witness reports until after the mediation will save costs which may not be

13  necessary if the case resolves at mediation.

14     2.      There has been one prior continuance of the date to complete fact

15  discovery and the hearing date on dispositive motions in this case but the date

16  for expert witness disclosure, the exchange of expert witness reports and the

17  completion of expert witness discovery has not been changed before now, which

18  is requested by this stipulation and proposed order.

19  Dated:      March 18, 2011      PAYNE & FEARS LLP

20

21                          by      _____

22                                  Leila Narvid
                                    Attorneys for Defendant
23                                  ADKNOWLEDGE, INC.

24  Dated:      March 18, 2011      LAW OFFICES OF PHIL HOROWITZ

25

26                          by      _____

                                    Phil Horowitz
27                                  Attorneys for Plaintiff
                                    MARK ELLIOTT

28

Stipulation and Proposed Order
Continuing Expert Witness Disclosure                     Case No. CV 10-01495 JSW

1

ATTESTATION OF E-FILED SIGNATURE

2

I, Phil Horowitz, am the ECF User whose ID and password are being used

3

to file this Stipulation and Proposed Order Continuing Deadline for Expert

4

Witness Disclosure.  In compliance with General Order 45, X.B., I hereby attest

5

that Leila Narvid has read and approved this Stipulation and Proposed Order and

6

consents to its filing in this action.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation and Proposed Order
Continuing Expert Witness Disclosure                    Case No. CV 10-01495 JSW

1  PHIL HOROWITZ, Bar No. 111624
MOIRA MCQUAID, Bar No. 154232

2  Law Offices of Phil Horowitz
One Market Plaza

3  Steuart Tower, Suite 2630
San Francisco, California 94105

4  Telephone:  (415) 391-0111
Facsimile:  (415) 391-0123

5  E-Mail:  phil@creative.net

6  Attorneys for Plaintiff
MARK ELLIOTT

7

8  RODNEY B. SORENSEN, Bar No. 196926
LEILA NARVID, Bar No. 229402

9  PAYNE & FEARS LLP
Attorneys at Law

10  One Embarcadero Center, Suite 2300
San Francisco, CA 94111

11  Telephone: (415) 398-7860
Facsimile: (415) 398-7863

12  E-Mail: rbs@paynefears.com
E-Mail: ln@paynefears.com

13

14  Attorneys for Defendant
ADKNOWLEDGE, INC.

15

16               UNITED STATES DISTRICT COURT

17            NORTHERN DISTRICT OF CALIFORNIA

18                SAN FRANCISCO DIVISION

19

20  MARK ELLIOTT,          )   Case No. CV 10-01495 JSW
                        )

21           Plaintiff,  )   ORDER CONTINUING DEADLINE
                        )   FOR EXPERT WITNESS DISCLOSURE

22     v.               )
                        )

23  ADKNOWLEDGE, INC., a Delaware  )
corporation; and DOES 1 through   )

24  50, inclusive,          )   Court:    11, 19th Floor
                        )   Judge:   Hon. Jeffrey S. White

25          Defendants.  )   Trial:    June 27, 2011
  _____ )

26

27      IT IS HEREBY ORDERED that the date by which expert witness disclosures

28  must be completed is continued from March 21, 2011 to April 25, 2011.

- 4-

Stipulation and Proposed Order
Continuing Pretrial Deadlines                 Case No. CV 10-01495 JSW

1        IT IS ALSO HEREBY ORDERED that the date by which rebuttal expert

2   witness disclosures must be completed is continued from April 4, 2011 to May 9,

3   2011.

4        IT IS FURTHER ORDERED that the date by which expert discovery must be

5   completed from April 25, 2011 to May 31, 2011.

6        IT IS SO ORDERED.

7   Dated:

8

9                                    _____
                                     HON. JEFFREY S. WHITE
10                                   UNITED STATES DISTRICT COURT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 5-