PHIL HOROWITZ, Bar No. 111624
MOIRA MCQUAID, Bar No. 154232
Law Offices of Phil Horowitz
One Market Plaza
Steuart Tower, Suite 2630
San Francisco, California 94105
Telephone: (415) 391-0111
Facsimile: (415) 391-0123
E-Mail: phil@creative.net

Attorneys for Plaintiff
MARK ELLIOTT

RODNEY B. SORENSEN, Bar No. 196926
LEILA NARVID, Bar No. 229402
PAYNE & FEARS LLP
Attorneys at Law
One Embarcadero Center, Suite 2300
San Francisco, CA 94111
Telephone: (415) 398-7860
Facsimile: (415) 398-7863
E-Mail: rbs@paynefears.com
E-Mail: ln@paynefears.com

Attorneys for Defendant
ADKNOWLEDGE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARK ELLIOTT, | Case No. CV 10-01495 JSW |
| Plaintiff, | ORDER CONTINUING DEADLINE FOR EXPERT WITNESS DISCLOSURE |
| v. | |
| ADKNOWLEDGE, INC., a Delaware corporation; and DOES 1 through 50, inclusive, | Court: 11, 19th Floor<br>Judge: Hon. Jeffrey S. White |
| Defendants. | Trial: June 27, 2011 |

IT IS HEREBY ORDERED that the date by which expert witness disclosures must be completed is continued from March 21, 2011 to April 25, 2011.

- 4-

Stipulation and Proposed Order
Continuing Pretrial Deadlines                                                                Case No. CV 10-01495 JSW

1    IT IS ALSO HEREBY ORDERED that the date by which rebuttal expert witness disclosures must be completed is continued from April 4, 2011 to May 9, 2011.

4    IT IS FURTHER ORDERED that the date by which expert discovery must be completed from April 25, 2011 to May 31, 2011.

6    IT IS SO ORDERED.

7    Dated: March 18, 2011

_____
HON. JEFFREY S. WHITE
UNITED STATES DISTRICT COURT JUDGE

- 5 -

Stipulation and Proposed Order
Continuing Pretrial Deadlines                                    Case No. CV 10-01495 JSW