PHIL HOROWITZ, Bar No. 111624
MOIRA MCQUAID, Bar No. 154232
Law Offices of Phil Horowitz
One Market Plaza
Steuart Tower, Suite 2630
San Francisco, California 94105
Telephone: (415) 391-0111
Facsimile: (415) 391-0123
E-Mail: phil@creative.net

Attorneys for Plaintiff
MARK ELLIOTT

RODNEY B. SORENSEN, Bar No. 196926
LEILA NARVID, Bar No. 229402
PAYNE & FEARS LLP
Attorneys at Law
One Embarcadero Center, Suite 2300
San Francisco, CA 94111
Telephone: (415) 398-7860
Facsimile: (415) 398-7863
E-Mail: rbs@paynefears.com
E-Mail: ln@paynefears.com

Attorneys for Defendant
ADKNOWLEDGE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARK ELLIOTT,<br><br>        Plaintiff,<br><br>  v.<br><br>ADKNOWLEDGE, INC., a Delaware corporation; and DOES 1 through 50, inclusive,<br><br>        Defendants. | Case No. CV 10-01495 JSW<br><br>ORDER CONTINUING DEADLINE FOR MEDIATION BY 4 DAYS AND EXTENDING TIME TO COMPLETE NON-EXPERT DEPOSITIONS<br><br>Court:    11, 19th Floor<br>Judge:   Hon. Jeffrey S. White<br>Trial:     June 27, 2011 |

IT IS HEREBY ORDERED that the date by which mediation must be completed is continued from April 18, 2011 to April 22, 2011.

- 4 -

Stipulation and ~~Proposed~~ Order
Continuing Pretrial Deadlines            Case No. CV 10-01495 JSW

1  IT IS FURTHER ORDERED that the date by which non-expert depositions
2  must be completed is continued from May 9, 2011 to June 3, 2011.
3  IT IS SO ORDERED.
4  Dated: April 11, 2011

6  _____
   HON. JEFFREY S. WHITE
7  UNITED STATES DISTRICT COURT JUDGE

- 5-

Stipulation and ~~Proposed~~ Order
Continuing Pretrial Deadlines                             Case No. CV 10-01495 JSW