1
2
3
4
5
6
7

8 **UNITED STATES DISTRICT COURT**

9 **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

10 **SAN FRANCISCO DIVISION**

| | |
|---|---|
| 11  MARK ELLIOTT, | CASE NO. CV 10-01495 JSW |
| 12      Plaintiff, | **ORDER CONTINUING THE TRIAL DATE AND ALL RELATED DATES AS MODIFIED** |
| 13      v. | Court:  11, 19th Floor |
| 14  ADKNOWLEDGE, INC., a Delaware corporation; and DOES 1 through 50, inclusive, | Judge:  Hon. Jeffrey S. White |
| 15 | Trial:  July 25, 2011 |
| 16      Defendants. | |

17

18   IT IS HEREBY ORDERED that the trial date in this case be continued to October 31,
~~October 11,~~

19   2011 at 8:00 a.m.

20   IT IS FURTHER ORDERED that the final pre-trial conference in this case be continued to

21   ~~September 21, 2011 at _____ a.m. / p.m.~~   September 26, 2011 at 2:00 p.m.

22   IT IS FURTHER ORDERED that the close of expert discovery in this case be continued to

23   June 17, 2011.

24   / / /

25   / / /

26   / / /

27   / / /

28   / / /

ORDER CONTINUING TRIAL DATE AND ALL RELATED DATES                Case No. CV 10-01495 JSW

1    IT IS FURTHER ORDERED that all other deadlines calendared in relation to the July 5,
2    2011 pre-trial conference shall be continued in accordance with the new trial date.
3    **IT IS SO ORDERED.**

Dated:   May 18, 2011

_____
Hon. Jeffrey S. White
U.S. District Court Judge

4845-7775-5145.1