PAYNE & FEARS LLP
ATTORNEYS AT LAW
ONE EMBARCADERO CENTER, SUITE 2300
SAN FRANCISCO, CA 94111
(415) 398-7860

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| MARK ELLIOTT,<br><br>    Plaintiff,<br><br>v.<br><br>ADKNOWLEDGE, INC., a Delaware corporation; and DOES 1 through 50, inclusive,<br><br>    Defendants. | CASE NO. CV 10-01495 JSW<br><br>**ORDER GRANTING CONTINUANCE OF DEPOSITION CUT-OFF DATE FOR THE DEPOSITIONS OF BILL INTRATER AND JOHN KERR**<br><br>Court:   11, 19th Floor<br>Judge:   Hon. Jeffrey S. White<br><br>Trial:     October 31, 2011 |

IT IS HEREBY ORDERED that the deposition cut-off date for the depositions of Bill Intrater and John Kerr is to be continued until July 1, 2011.

**IT IS SO ORDERED.**

Dated: June 2, 2011

_____
Hon. Jeffrey S. White
U.S. District Court Judge

4814-9271-8345.1

ORDER GRANTING CONTINUANCE OF DEPOSITION CUT-OFF DATE      Case No. CV 10-01495 JSW