PHIL HOROWITZ, Bar No. 111624
MOIRA MCQUAID, Bar No. 154232
Law Offices of Phil Horowitz
One Market Plaza
Spear Tower, Suite 1850
San Francisco, California 94105
Telephone: (415) 391-0111
Facsimile: (415) 391-0123
E-Mail: phil@philhorowitz.com

Attorneys for Plaintiff
MARK ELLIOTT

RODNEY B. SORENSEN, Bar No. 196926
LEILA NARVID, Bar No. 229402
PAYNE & FEARS LLP
Attorneys at Law
One Embarcadero Center, Suite 2300
San Francisco, CA 94111
Telephone: (415) 398-7860
Facsimile: (415) 398-7863
E-Mail: rbs@paynefears.com
E-Mail: ln@paynefears.com

Attorneys for Defendant
ADKNOWLEDGE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARK ELLIOTT,<br><br>        Plaintiff,<br><br>v.<br><br>ADKNOWLEDGE, INC., a Delaware corporation; and DOES 1 through 50, inclusive,<br><br>        Defendants.<br>_____ | Case No. CV 10-01495 JSW<br><br>ORDER REOPENING EXPERT DISCOVERY TO ALLOW DEFENDANT TO TAKE EXPERT DEPOSITION<br><br><br>Court:    11, 19th Floor<br>Judge:   Hon. Jeffrey S. White<br>Trial:     December 16, 2013 |

Pursuant to the parties' stipulation,

    IT IS HEREBY ORDERED that expert discovery is reopened from the date of the Court's Order to September 16, 2013 for the sole purpose of permitting

- 4-

1  Defendant to take the deposition of Plaintiff's expert witness, Dr. James
2  Plummer. As agreed by the parties, Defendant shall pay Dr. James Plummer a
3  reasonable fee for the time he spends in preparing for, traveling to and from,
4  and appearing at his deposition at the deposition or within 10 days of the
5  deposition.
6      IT IS FURTHER ORDERED that expert discovery, as well as fact discovery,
7  shall otherwise remain closed, other than the continuing obligation of the parties
8  to supplement their prior discovery responses as needed.
9      IT IS SO ORDERED.
10 Dated: August 9, 2013

_____
HON. JEFFREY S. WHITE
UNITED STATES DISTRICT COURT JUDGE

- 5 -

Stipulation and ~~Proposed~~ Order
Continuing Pretrial Deadlines                                    Case No. CV 10-01495 JSW