# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO

| | |
|---|---|
| MARK ELLIOTT,<br><br>    Plaintiff,<br><br>    v.<br><br>ADKNOWLEDGE, INC., a Delaware corporation; and DOES 1 through 50, inclusive,<br><br>    Defendants. | CASE NO. 3:10-cv-01495 JSW<br><br>**[PROPOSED] ORDER CONTINUING THE TRIAL DATE AND ALL RELATED DATES AS MODIFIED**<br><br>Courtroom:   11, 19th Floor<br>Judge:         Hon. Jeffrey S. White<br><br>Trial Date:   February 10, 2014 |

IT IS HEREBY ORDERED that the trial date currently scheduled for February 10, 2014 be continued to __March 31__, 2014 at __8__ a.m./p.m.

IT IS FURTHER ORDERED that jury selection currently scheduled for February 5, 2014 be continued to __March 26__, 2014 at __8__ a.m./p.m.

IT IS FURTHER ORDERED that the final pre-trial conference currently scheduled for November 25, 2013 be continued to __March 10__, 2014 at __2__ a.m./p.m.

///

///

///

///

///

---

[PROPOSED] ORDER CONTINUING TRIAL DATE AND ALL RELATED DATES

Case No. 3:10-cv-01495 JSW

IT IS FURTHER ORDERED that all other deadlines calendared in relation to the __March 10__, 2014 pre-trial conference shall be continued in accordance with the new trial date.

**IT IS SO ORDERED.**

Dated: September 23, 2013

_Jeffrey S White_
Hon. Jeffrey S. White
UNITED STATES DISTRICT COURT JUDGE

4824-9207-9637.1