UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARK ELLIOTT,<br><br>       Plaintiff,<br><br>v.<br><br>ADKNOWLEDGE, INC., a Delaware corporation; and DOES 1 through 50, inclusive,<br><br>       Defendants. | Case No. CV 10-01495 JSW<br><br>[~~PROPOSED~~] ORDER VACATING ALL PENDING DEADLINES AND HEARINGS AND SCHEDULING A STATUS CONFERENCE DATE<br><br>Court:   11, 19th Floor<br>Judge:   Hon. Jeffrey S. White<br>Trial:    March 31, 2014 |

IT IS HEREBY ORDERED that all pending deadlines and hearings in this case are vacated, including the March 10, 2014 Pretrial Conference, the March 26, 2014 Jury Selection, and the March 31, 2014 Jury Trial.

IT IS FURTHER ORDERED that a Case Management Conference shall be held in this case on April 18, 2014, at 11:00 a.m, in Courtroom 11, ~~19th Floor~~, 1301 Clay Street, Oakland Federal Building, ~~450 Golden Gate Avenue, San Francisco~~, California.

IT IS SO ORDERED.

Dated: March 3, 2014

_____
HON. JEFFREY S. WHITE
UNITED STATES DISTRICT COURT JUDGE